# In the United States Court of Federal Claims

* * * * * * *

ASSOCIATED HOUSING GROUP, A LIMITED PARTNERSHIP, *

Plaintiff, * No.05-923C

v. * Filed: October 7, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint motion to stay proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge